# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT COLLINS

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2020 CW 0532

**AUGUST 3, 2020**

---

In Re:   Robert Collins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 669861.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.**   The trial court's May 26, 2020 judgment that dismissed Robert Collins' action, with prejudice, is a final appealable judgment.   La. R.S. 15:1177.   The writ is granted for the limited purpose of remanding this matter to the district court with instructions to grant Mr. Collins an appeal pursuant to his "Intent to Appeal" filed with the trial court on June 10, 2020.   Relator shall submit an order for appeal to the trial court by September 3, 2020.   Additionally, a copy of this court's order is to be included in the appellate record.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT